UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA GUTIERREZ-RODRIGUEZ on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.M. GALICIA, INC. dba Progressive Managements Systems,<br><br>Defendant. | Case No.: 16CV182-H(BLM)<br><br>**ORDER GRANTING JOINT MOTION REGARDING NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 46]** |

On January 24, 2017, Plaintiff Belinda Gutierrez-Rodriguez and Defendant R.M. Galicia, Inc. dba Progressive Management Systems filed a joint motion informing the Court that the Parties have reached a class wide settlement in principle and are in the process of finalizing a settlement agreement, and requesting the Court vacate all pending dates. ECF No. 46.

Good cause appearing, the parties' motion is **GRANTED**. All existing dates as set forth in the Court's October 25, 2016 Order Granting Joint Motion to Continue Class Certification Motion Filing Deadline and Fact Discovery Completion Deadline [see ECF No. 43] and the Court's April 6, 2016 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings [see ECF

No. 15] are hereby **VACATED**.  Plaintiff shall file her motion for preliminary approval of class action settlement agreement on or before **April 10, 2017**.  The Court further orders the parties to contact District Judge Marilyn L. Huff's chambers to obtain a preliminary approval hearing date prior to filing the documents.

**IT IS SO ORDERED**.

Dated:  1/25/2017

*Barbara L. Major* (signature)
Hon. Barbara L. Major
United States Magistrate Judge