UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA GUTIERREZ-RODRIGUEZ on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.M. GALICIA, INC. dba Progressive Managements Systems,<br><br>Defendant. | Case No.: 16CV182-H(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 48]** |

On April 7, 2017, the parties filed a "JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT." ECF No. 48. The parties seek to continue the April 10, 2017 deadline for filing Plaintiff's motion for preliminary approval of class action settlement to June 9, 2017. Id. at 2. In support, the parties state that they were able to reach a class wide settlement in principle on December 20, 2016 and expect to have a finalized Class Action Settlement Agreement fully executed within the next thirty (30) days, on or before May 10, 2017. Id. The parties note that they need additional time to "finalize confirmatory discovery and analysis by Plaintiff's expert" and that they have received several bids for settlement administration services. Id.

Good cause appearing, the parties' motion is **GRANTED**. Plaintiff shall file her motion for preliminary approval of class action settlement agreement on or before **June 9, 2017**. The Court further orders the parties to contact District Judge Marilyn L. Huff's chambers to obtain a preliminary approval hearing date prior to filing the documents.

**IT IS SO ORDERED**.

Dated: 4/12/2017

Hon. Barbara L. Major
United States Magistrate Judge