UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA GUTIERREZ-RODRIGUEZ on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.M. GALICIA, INC. dba Progressive Managements Systems,<br><br>Defendant. | Case No.: 16CV182-H(BLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**[ECF No. 50]** |

On June 9, 2017, the parties filed a "SECOND JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT." ECF No. 50. The parties seek to continue the June 9, 2017 deadline for filing Plaintiff's motion for preliminary approval of class action settlement to July 24, 2017. Id. at 2. In support, the parties state that they were able to reach a class wide settlement in principle on December 20, 2016 and "are very close to executing the Class Action Settlement Agreement." Id. The parties note that they "are continuing to diligently complete the Class Action Settlement Agreement and are in the process of completing confirmatory discovery and receipt of Class List information, including analysis by Plaintiff's expert, and other settlement related documents, including notice

documents." Id.

Good cause appearing, the parties' motion is **GRANTED**. Plaintiff shall file her motion for preliminary approval of the Class Action Settlement Agreement on or before **July 24, 2017**. The Court further orders the parties to contact District Judge Marilyn L. Huff's chambers to obtain a preliminary approval hearing date prior to filing the documents.

**IT IS SO ORDERED**.

Dated: 6/13/2017

Hon. Barbara L. Major
United States Magistrate Judge