1 | **LAW OFFICES OF RONALD A. MARRON**
2 | RONALD A. MARRON (SBN 175650)
  | *ron@consumersadvocates.com*
3 | ALEXIS M. WOOD (SBN 270200)
4 | *alexis@consumersadvocates.com*
  | KAS L. GALLUCCI (SBN 288709)
5 | *kas@consumersadvocates.com*
  | 651 Arroyo Drive
6 | San Diego, California 92103
  | Telephone: (619) 696-9006
7 | Facsimile: (619) 564-6665
8 |
  | *Class Counsel*
9 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA GUTIERREZ-RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>R.M. GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>Defendant. | CASE NO. 16-CV-0182 H BLM<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>Hearing Date:   March 19, 2018<br>Hearing Time:   10:30 a.m.<br>Judge:           Hon. Marilyn L. Huff<br>Location:        Courtroom 15A |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on March 19, 2018, before the Hon. Marilyn L. Huff, United States District Court Judge for the Southern District of California, Plaintiff Belinda Gutierrez-Rodriguez will move, and hereby does move, for an Order approving attorneys' fees, costs and incentive payment to the class representative.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the supporting declarations and attachments thereto, and the complete files and records in this action.

Dated: December 27, 2017      *s/ Ronald A. Marron*
RONALD A. MARRON
**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

1

*Gutierrez-Rodriguez v. R.M. Galicia, Inc.*, No. 16-CV-0182 H BLM
NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT