**EXHIBIT 1**

# LAW OFFICES OF RONALD A. MARRON, APLC
651 Arroyo Drive
San Diego ▪ CA ▪ 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665

**Firm Resume**

## FIRM OVERVIEW

The Law Offices of Ronald A. Marron is a recognized class action and complex litigation firm based out of San Diego, California, representing clients across the nation. Founded in 1996 with an emphasis in consumer and securities fraud, the firm has expanded its practice to include complex cases such as Ponzi schemes and shareholder derivative suits. The firm has skillfully litigated hundreds of lawsuits and arbitrations against investment advisors and stockbrokers, such as Morgan Stanley, LPL Financial, Merrill Lynch, Banc of America Securities, and Citigroup, who placed clients into unsuitable investments, failed to diversify, and who violated the Securities Act of 1933 and/or 1934. Aptly and competently prepared to represent its clients, the firm has taken on cases against the likes of Shell Oil, Citigroup, Wells Fargo, Union Bank of California, American Express Advisors, Morgan Stanley and Merrill Lynch. Since 2004, the firm has devoted most of its practice to the area of false and misleading labeling of consumer products and food, drug and over-the-counter products, and has sought to protect consumers from unauthorized and unsolicited telephone calls, SMS or text messages to cellular phones under the Telephone Consumer Protection Act. The firm currently employs five attorneys, whose qualifications are discussed in brief below.

## THE MARRON FIRM'S ATTORNEYS:

**Ronald A. Marron, Founder**
As the founder of the Law Offices of Ronald A. Marron, APLC, Mr. Marron has been practicing law for 22 years. He was a member of the United States Marine Corps from 1984 to 1990 (Active Duty 1984-1988, Reserves 1988-1990) and thereafter received a B.S. in Finance from the University of Southern California in 1991. While attending Southwestern University School of Law (1992-1994), he interned at the California Department of Corporations with emphasis in consumer complaints and fraud investigations. Mr. Marron has extensive experience in class actions and other complex litigation and has obtained hundreds of millions of dollars on behalf of consumers as lead counsel. Mr. Marron has represented plaintiffs victimized in Ponzi schemes, shareholder derivative suits, and securities fraud cases.

Mr. Marron has assisted two United States Senate Subcommittees and their staff in investigations of financial fraud, plus the Senate Subcommittee on Aging relating to annuity

sales practices by agents using proceeds from reverse mortgages. Mr. Marron's clients have testified before the United States Senate Subcommittee on Investigations relating to abusive sales practices alleged in a complaint he filed against All-Tech Investment Group. The hearings resulted in federal legislation that: (a) raised the minimum capital requirements, and (b) required written risk disclosure signed by consumer. The civil action resulted in return of client funds and attorneys' fees pursuant to the private attorney general statute and/or Consumers Legal Remedies Act. Mr. Marron conducted the legal research and co-wrote the brief that resulted in the largest punitive damages award (500%) in NASD history for aggrieved investors against Dean Witter Reynolds in securities arbitration. Mr. Marron's opinion on deferred annuity sales practices targeting the elderly has often been sought by major financial news organizations and publications such as Forbes, the Wall Street Journal, the Kiplinger's Retirement Report, CNN, and FOX News affiliates. In addition, he has devoted significant energy and time educating seniors and senior citizen service providers, legislators, and various non-profits (including Elder Law & Advocacy) about deferred annuity sales practices targeting the elderly. Mr. Marron had numerous speaking engagements at FAST (Fiduciary Abuse Specialist Team), which is an organization devoted to the detection of, prevention, and prosecution of elder financial abuse; Adult Protective Services; and Elder Law & Advocacy, a non-profit dedicated to assisting seniors who have been the victims of financial fraud. He has litigated hundreds of lawsuits and arbitrations against major corporations, such as Shell Oil, Citigroup, Wells Fargo, Morgan Stanley, and Merrill Lynch. In recent years, Mr. Marron has devoted almost all of his practice to the area of false and misleading labeling of food, dietary supplements, and over-the-counter products. He is a member in good standing of the State Bar of California; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court for the Eastern District of Michigan; the United States for the Eastern District of Wisconsin; and the United States Court of Appeals for the Ninth Circuit.

**Alexis M. Wood, Senior Associate**
Ms. Wood graduated *cum laude* from California Western School of Law in 2009, where she was the recipient of the Dean's Merit Scholarship for Ethnic & Cultural Diversity and also Creative Problem Solving Scholarships. In addition, during law school, Ms. Wood was the President of the Elder, Child, and Family Law Society, and participated in the study abroad program on international and comparative human rights law in Galway, Ireland. Ms. Wood interned for the Alternate Public Defender during law school, and also held a judicial externship with the San Diego Superior Court. Upon graduation, Ms. Wood obtained her Nevada Bar license and worked at the law firm Alverson Taylor Mortensen & Sanders in Las Vegas, Nevada where she specialized in medical malpractice. Ms. Wood then obtained her license to practice law in California in 2010 and worked at the bankruptcy firm Pite Duncan, LLP in San Diego, California, in which she represented financial institutions in bankruptcy proceedings. She additionally worked for the national law firm Gordon & Rees, LLP as an associate attorney in the professional liability defense and tort & product liability practice groups. Ms. Wood was also selected to the 2015, 2016 and 2017 California Super Lawyers Rising Star list (general category)—a research-driven, peer influenced rating

service of outstanding lawyers who have attained a high degree of peer recognition and professional achievement.  No more than 2.5% of the lawyers in the state were selected for the Rising Stars list.  Ms. Wood joined the Law Office of Ronald Marron in September of 2012 and has dedicated her practice to consumer advocacy.  Ms. Wood is also a foster youth advocate with Voices for Children.  She is a member in good standing of the State Bar of California; the State Bar of Nevada; the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California; the United States District Court of Nevada; and the United States District Court for the Eastern District of Wisconsin.

**Kas L. Gallucci, Senior Associate**
Ms. Gallucci graduated *cum laude* from California Western School of Law in 2012, where she ranked in the top 12% of her graduating class and was listed on the Dean's Honor List for four terms.  During law school, Ms. Gallucci received the highest grade in her Legal Skills and Advanced Legal Research classes.  She also participated in the Capitals of Europe Summer Study Abroad Program, where the Honorable Samuel A. Alito, Jr. was a Distinguished Guest Jurist.  Ms. Gallucci has worked for the firm since 2009 and has a number of years' experience in consumer fraud cases and is currently prosecuting violations of the Telephone Consumer Protection Act. Ms. Gallucci also regularly assists with the firm's food, drug, and cosmetic cases.  She is a member in good standing of the State Bar of California; the United States District Courts for the Central, Northern, and Southern Districts of California; the United States District Court for the Eastern District of Michigan; and the United States District Court for the Eastern District of Wisconsin.

**Michael Houchin, Associate**
Mr. Houchin has been with the Marron Firm for approximately six years.  Prior to passing the California bar exam, Mr. Houchin worked as a law clerk for the firm while he attended law school courses in the evenings at the Thomas Jefferson School of Law.  During law school, Mr. Houchin received four Witkin Awards for the highest grade achieved in his Legal Writing, Constitutional Law, American Indian Law, and California Civil Procedure courses.  He also served as an editor on the *Thomas Jefferson Law Review* and was a member of an editing team that prepared a student Note for compliance with publishable quality standards.  *See* I. Suruelo, *Harmonizing Section 14(B) with The Policy Goals of the NLRA on the Heels of Michigan's Enactment of Right-To-Work Laws,* 36 T. JEFFERSON L. REV. 427 (2014).  Mr. Houchin graduated *magna cum laude* in May of 2015 and ranked in the top 5% of his graduating class.  Through his work at the Marron Firm, Mr. Houchin has gained substantial familiarity with multi-district litigation proceedings, solutions for e-discovery management, and false advertising investigations.  He is a member in good standing of the State Bar of California; and the United States District Courts for the Central, Northern, and Southern Districts of California.

**Support Staff**
The Marron Firm also employs a number of knowledgeable and experienced support staff, including law clerks, paralegals, legal assistants, and other support staff.

**EXAMPLES OF MARRON FIRM'S SUCCESSES ON BEHALF OF CONSUMERS**

*Thornton v. NCO Financial Systems, Inc.*, Case No. 16 CH 5780.
On October 31, 2017, the Honorable Thomas R. Allen of the Circuit Court of Cook County, Illinois, certified a nationwide TCPA class including injunctive relief and damages, for settlement purposes.  The Court appointed the Law Offices of Ronald A. Marron as class counsel

*Sanders v. R.B.S. Citizens, N.A.*, 13-CV-03136-BAS (RBB) (S.D. Cal.)
On July 1, 2016, the Honorable Cynthia A. Bashant certified a nationwide class, for settlement purposes, of over one million persons receiving cell phone calls from Citizens made with an alleged automatic telephone dialing system. Dkt. 107. The Court appointed the Law Offices of Ronald A. Marron as class counsel, noting they have "significant experience in handling class actions." *Id.* On January 27, 2017, the Court granted final approval of the over $4.5 million dollar settlement.

*Burton v. Ganeden Biotech, Inc.*, No. 3:11-cv-01471-W-NLS (S.D. Cal.)
Action alleging false and deceptive advertising of dietary supplement.  On March 13, 2012, my firm settled the case for $900,000 in a common fund plus injunctive relief in the form of labeling changes.  Final approval was granted on October 5, 2012.

*Carr v. Tadin, Inc.*, No. 3:12-cv-03040-JLS-JMA (S.D. Cal.)
An injunctive relief class action settlement, requiring manufacturer of diet teas and other health supplements to re-label their products to avoid alleged consumer confusion, was filed in January 2014 before the Honorable Janis L. Sammartino.  The Marron Firm was certified as class counsel and the classwide settlement was granted final approval on December 5, 2014.

*Clark v. National Western Life Insurance Co.*, No. BC321681 (L.A. Co. Super. Ct.)
Class action involving allegations of elder financial abuse and fraud.  After litigating the case for well over six years, including Mr. Marron being appointed class counsel, the case resulted in a settlement of approximately $25 million for consumers.

*Gallucci v. Boiron, Inc.*, No. 3:11-cv-2039-JAH (S.D. Cal.)
The firm was class counsel for consumers of homeopathic drug products in an action against Boiron, Inc., the largest foreign manufacturer of homeopathic products in the United States, involving allegations that Boiron's labeling and advertising were false and misleading.  We obtained a nation-wide settlement  for the class which provided injunctive relief and restitution from a common fund of $5 million.  The settlement was upheld by the Ninth Circuit on February 21, 2015.  The case also set an industry standard for homeopathic drug labeling.   *See*  www.homeopathicpharmacy.org/pdf/ press/AAHP_Advertising_ Guidelines.pdf.

4

*Hohenberg v. Ferrero U.S.A., Inc.*, No. 3:11-CV-00205-H-CAB (S.D. Cal.)
This case involved false and deceptive advertising of sugary food product as a healthy breakfast food for children.  After successfully defeating a motion to dismiss, *Hohenberg*, 2011 U.S. Dist. LEXIS 38471, at *6 (S.D. Cal. Mar. 22, 2011), the Hon. Marilyn Huff certified a class on November 15, 2011, resulting in a published decision, *In re Ferrero Litig.*, 278 F.R.D. 552 (S.D. Cal. 2011).  A final settlement consisting of injunctive relief labeling and marketing changes, plus a $550,000 common fund for monetary relief to the class was finally approved on July 9, 2012.

*In re Quaker Oats Labeling Litigation*, No. 5:10-cv-00502-RS (N.D. Cal.)
False and deceptive advertising case concerning Instant Oats, Chewy Granola Bars and Oatmeal To Go products, including use of partially hydrogenated vegetable oil while also representing the products as healthy snacks.  An injunctive relief class action settlement was granted preliminary approval on February 2, 2014, with my firm being appointed Class Counsel.  On July 29, 2014, the court granted the settlement final approval.

*In re Leaf123 (Augustine v. Natrol)*, Case No. 14-114466 (U.S. Bankruptcy Court for the District of Delaware)
This action involved allegations of false and deceptive advertising of Senna Leaf tea products as dietary aids.  Plaintiff alleged Senna Leaf is nothing more than a stimulant laxative which does not aid diets but hinders them.  After a strong showing in the district court, and pursuant to other actions against the defendant manufacturer, the defendant filed for bankruptcy.  The Marron Firm followed defendant to the federal bankruptcy court and retained bankruptcy counsel to assist.  After a full day mediation before a retired federal jurist, and months of follow up negotiations, a settlement was reached.  On August 7, 2015, in In re Leaf123 (adversary proceeding of Augustine v. Natrol), the Hon. Brendan L. Shannon approved an injunctive relief-only settlement, finding it "fair, reasonable and adequate."

*In re Qunol CoQ10 Liquid Labeling Litigation*, No. 8:11-cv-173-DOC (C.D. Cal.)
This case involved false and deceptive consumer advertising of a dietary supplement.  My firm was appointed class counsel and successfully defeated defendants' motion to decertify the class following the Ninth Circuit's decision in *Mazza v. Am. Honda Motor Co.*, 666 F.3d 581 (9th Cir. 2012).  *See Bruno v. Eckhart Corp.*, 2012 U.S. Dist. LEXIS 30873 (C.D. Cal. Mar. 6, 2012); *see also Bruno v. Quten Research Inst., LLC*, 2011 U.S. Dist. LEXIS 132323 (C.D. Cal. Nov. 14, 2011).  The case settled on the eve of trial (originally scheduled for October 2, 2012) for cash payments to the class and injunctive relief.

*Iorio v. Asset Marketing Systems, Inc.*, No. 05cv00633-IEG-CAB (S.D. Cal.)
This action involved allegations of elder financial abuse and fraud.  Mr. Marron was appointed class counsel on August 24, 2006, and certified a class on July 25, 2006.  After nearly six years of intensive litigation, including "challenges to the pleadings, class certification, class decertification, summary judgment,…motion to modify the class definition, motion to strike various remedies in the prayer for relief, and motion to decertify

the Class' punitive damages claim," plus three petitions to the Ninth Circuit, attempting to challenge the Rule 23(f) class certification, a settlement valued at $110 million was reached and approved on March 3, 2011. *Iorio*, Dkt. No. 480. In granting final approval to the settlement, the Court noted that class counsel were "highly experienced trial lawyers with specialized knowledge in insurance and annuity litigation, and complex class action litigation generally" and "capable of properly assessing the risks, expenses, and duration of continued litigation, including at trial and on appeal." *Id.* at 7:18-22.

*Johnson v. Triple Leaf Tea, Inc.*, No. 3:14-cv-01570-MMC (N.D. Cal.)
An injunctive relief class action settlement, requiring manufacturer of senna leaf diet teas to re-label their products and remove ingredients based on alleged consumer confusion and harm, was filed in April 2014. The Honorable Maxine M. Chesney, Senior U.S. District Court Judge certified the Marron Firm as class counsel and granted final approval to a classwide settlement on November 16, 2015. *Johnson v. Triple Leaf Tea Inc.*, No. 3:14-CV-01570-MMC, 2015 WL 8943150, at *3, *5 (N.D. Cal. Nov. 16, 2015) ("Class Counsel has fully and competently prosecuted all causes of action, claims, theories of liability, and remedies reasonably available to the Class Members. The Court hereby affirms its appointment of the Law Offices of Ronald A. Marron, APLC as Class Counsel . . . . Class Counsel and Defendant's counsel are highly experienced civil litigation attorneys with specialized knowledge in food and drug labeling issues, and complex class action litigation generally.").

*Martinez v. Toll Brothers*, No. 09-cv-00937-CDJ (E.D. Penn.)
Shareholder derivative case alleging breach of fiduciary duty, corporate waste, unjust enrichment and insider trading, filed derivatively on behalf of Toll Brothers and against individual corporate officers. Under a joint prosecution agreement, this action was litigated along with other consolidated and related actions against Toll Brothers in a case styled *Pfeiffer v. Toll Brothers*, No. 4140-VCL in the Delaware Chancery Court. After extensive litigation, the case settled in September 2012 for $16.25 million in reimbursement to the corporation.

*Mason v. Heel, Inc.*, No. 3:12-cv-3056-GPC-KSC (S.D. Cal.)
Action alleging false and deceptive advertising of over-the-counter homeopathic drugs. On October 31, 2013, the Hon. Gonzalo P. Curiel granted preliminary approval to a nationwide class settlement of $1 million in monetary relief for the class plus four significant forms of injunctive relief. Final approval was granted on March 13, 2014. *See Mason v. Heel, Inc.*, 3:12-CV-03056-GPC, 2014 WL 1664271 (S.D. Cal. Mar. 13, 2014).

*Nigh v. Humphreys Pharmacal, Inc.*, No. 3:12-cv-02714-MMA-DHB (S.D. Cal.)
Case involving allegations of false and deceptive advertising of homeopathic over-the-counter drugs as effective when they allegedly were not. On October 23, 2013, a global settlement was granted final approved by the Hon. Michael M. Anello, involving a common fund of $1.4 million plus five significant forms of injunctive relief for consumers.

***Perry v. Truong Giang Corp.***, Case No. BC58568 (Los Angeles Superior Court)
The plaintiff in this case alleged defendant's Senna Leaf teas, advertised as diet aids, were falsely or misleadingly advertised to consumers. After an all-day mediation, a class wide settlement was reached. In granting final approval to the settlement on August 5, 2015, the Hon. Kenneth Freeman noted that class counsel's hourly rates were "reasonable" and stated the Marron Firm's lawyers used skill in securing the positive results achieved on behalf of the class. The court also noted "this case involved difficult legal issues because federal and state laws governing dietary supplements are a gray area, . . . the attorneys displayed skill in researching and settling this case, which provides a benefit not only to Class Members but to the public at large . . . ."

***Peterman v. North American Co. for Life & Health Insurance***, No. BC357194 (L.A. Co. Super. Ct.), involved allegations of elder financial abuse. This case was litigated for over four years and achieved a settlement of approximately $60 million for consumers.

***Vaccarino v. Midland Nat'l Life Ins. Co.***, No. 2:11-cv-05858-CAS(MANx) (C.D. Cal)
This action involved allegations of elder financial abuse and fraud. On June 17, 2013, the Honorable Christina A. Snyder appointed the Marron Firm as Class Counsel, and on February 3, 2014, the Court certified a class of annuities purchasers under various theories of relief, including breach of contract and the UCL. On September 22, 2014, the court granted final approval to a class action settlement that achieved a settlement of approximately $5.55 million for consumers, including *cy pres* relief to the Congress of California Seniors.

## CURRENT AND NOTABLE APPOINTMENTS AS CLASS COUNSEL

***Sanders v. R.B.S. Citizens, N.A.***, 13-CV-03136-BAS (RBB) (S.D. Cal.)
On July 1, 2016, the Honorable Cynthia A. Bashant certified a nationwide class, for settlement purposes, of over one million persons receiving cell phone calls from Citizens made with an alleged automatic telephone dialing system. Dkt. 107. The Court appointed the Law Offices of Ronald A. Marron as class counsel, noting they have "significant experience in handling class actions." *Id.* On January 27, 2017, the Court granted final approval of the over $4.5 million dollar settlement.

***Golden v. American Pro Energy***, No. EDCV 16-0891 MWF (C.D. Cal.)
On May 11, 2017, the Honorable Michael W. Fitzgerald certified a TCPA class of all individuals in the United States who were called on a cellular telephone by or on behalf of American Pro Energy, using predictive dialers, between May 3, 2012 and the present and appointed the attorneys at the Marron Firm as class counsel.

***O'Shea v. American Solar Solution, Inc.***, No. 3:14-cv-00894-L-RBB (S.D. Cal.)
On March 3, 2017, the Honorable M. James Lorenz certified a TCPA class of all individuals in the United States who were called on or behalf of the defendant, using the ViciDial

predictive dialers, on a cellular telephone number, between November 22, 2012 and August 22, 2015, and appointed Ronald Marron, Alexis Wood and Kas Gallucci as class counsel.

***Akmal v. California Physicians' Service, dba Blue Shield of California***, No. BC540033 (L.A. Co. Super. Ct.)
On June 14, 2017, the Honorable Carolyn B. Huhl certified a class of California residents whose claims for excess skin surgery were denied under Blue Shield of California health plans and appointed the attorneys at the Marron Firm as class counsel.

***Allen v. Similasan Corp.***, No. 12-cv-376 BAS (JLB) (S.D. Cal.)
A California class of consumers alleging false and deceptive advertising of six homeopathic drugs was certified by the Honorable Cynthia A. Bashant on March 30, 2015, with the Court noting that the firm was experienced and competent to prosecute the matter on behalf of the Class. Judge Bashant denied summary judgment on the class' claims that the drug products were not effective, as advertised, and certified claims under California's Consumers Legal Remedies Act, Unfair Competition Law, False Advertising Law, breach of express and implied warranty, and violation of the federal Magnuson-Moss Warranty Act.

***Lucero v. Tommie Copper, Inc.***, No. 15-cv-3183-AT (LMS) (S.D. N.Y.)
This case involves allegations of false and deceptive advertising and endorser liability for copper fabric compression clothing. On January 4, 2016, the Honorable Analisa Torres appointed the Marron firm as Interim Lead Class Counsel over the opposition and challenge of other plaintiffs' counsel, noting that the Marron firm's "detailed" complaint was "more specifically pleaded, . . . assert[ing] a more comprehensive set of theories . . . [and was] more factually developed." *Potzner v. Tommie Copper Inc.*, No. 15 CIV. 3183 (AT), 2016 WL 304746, at *1 (S.D.N.Y. Jan. 4, 2016). Judge Torres also noted that Mr. Marron and his firm's attorneys had "substantial experience litigating complex consumer class actions, are familiar with the applicable law, and have the resources necessary to represent the class." *Id*.

***In re Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation***, No. 1:16-md-02695-JB-LF (D. N.M.)
On May 24, 2016, Ronald A. Marron was appointed to the Executive Committee in a multidistrict litigation.